ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of - | ) |
| | ) |
| 4H Construction Corporation | ) ASBCA Nos. 62992, 62993 |
| | ) |
| Under Contract No. W91236-14-C-0019 | ) |

APPEARANCE FOR THE APPELLANT:    S. Leo Arnold, Esq.
                                 Ashley & Arnold
                                 Dyersburg, TN

APPEARANCES FOR THE GOVERNMENT:    Michael P. Goodman, Esq.
                                   Engineer Chief Trial Attorney
                                   Kyle A. Guess, Esq.
                                   Engineer Trial Attorney
                                   U.S. Army Engineer District, Norfolk

ORDER OF DISMISSAL

The dispute has been settled.  The appeals are dismissed with prejudice.

Dated:  October 5, 2021

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 62992, 62993, Appeals of 4H Construction Corporation, rendered in conformance with the Board's Charter.

Dated:  October 5, 2021

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals